In the Matter of NICHOLAS T. ROGERS, as Administrator of the Estate of BRUNO BURN, Deceased, Judgment Creditor, Respondent, against ALBERT F. COYLE, Judgment Debtor, Appellant.

Submitted January 17, 1944; decided January 20, 1944.

*Albert F. Coyle,* in person, for motion for leave to prosecute appeal as a poor person and in opposition to motion to dismiss appeal.

*Seymour J. Wilner* for motion to dismiss appeal and in opposition to appellant's motion.

Motion to prosecute appeal as a poor person granted.

Motion to dismiss appeal denied.